IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EVA BROWN,

   Plaintiff,

-vs-                                        CASE NO.: 3:19-cv-46-LPR

HALSTED FINANCIAL SERVICES, LLC,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff EVA BROWN, by and through her undersigned attorney, and hereby files this Notice of Voluntary Dismissal, of the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2020, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via regular U.S. Mail to Halsted Financial Services, LLC.

Respectfully submitted,

Josh Sanford
Ark. Bar No. 2001037
Sanford Law Firm, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, AR 72211
T: (501) 221-0088
F: (888) 787-2040
Email: josh@sanfordlawfirm.com
JSherwood@forthepeople.com
Attorney for Plaintiff